# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JUSTIN D. CARROLL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-mj-4065<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 2020 to March 2021** in the county of **Davidson** in the **Middle** District of **Tennessee**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Sexual Exploitation of Children |
| 18 USC 2252(a)(2) | Receipt of Child Pornograph |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Scot Sledd
*Printed name and title*

Sworn to me remotely by telephone.

Date: 04/26/2021

*Judge's signature*

City and state: Nashville, Tennessee — Alistair E. Newbern, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Scot Sledd, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent with Federal Bureau of Investigation ("FBI"), have been a Special Agent with the FBI since 1996, and am presently assigned to the Memphis Field Office, Nashville, Tennessee Resident Agency. As a Special Agent, I am authorized to investigate and enforce federal, criminal offenses, including the sexual exploitation of children, child pornography, and coercion and enticement as respectively set forth in Sections 2251, 2252, and 2422 of Title 18 of the United States Code. I have received formal and on-the-job training in the investigation of internet crimes and crimes involving the sexual exploitation of children, and I have reviewed numerous examples of child pornography as defined under 18 U.S.C. § 2256. More specifically, I have attended the FBI Basic and Advanced Crimes Against Children (CAC) training and have been certified as an online covert employee for purposes of identifying child exploitation offenders. I was the CAC task force coordinator in Birmingham, AL for over five years while I was working on CAC investigations. I have been involved in the investigation of over 100 child exploitation cases and have conducted numerous search warrants and have charged and interviewed multiple perpetrators of child exploitation.

2. This affidavit is submitted in support of a Criminal Complaint for the arrest of **JUSTIN D. CARROLL** for the following offenses between in or about September 2020 through in or about March 2021, in the Middle District of Tennessee and elsewhere: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

3. In my capacity as an investigator of criminal violations relating to child exploitation and child pornography, I have become familiar with the following federal statutes:

   a. Production of Child Pornography, 18 U.S.C. § 2251(a), which makes it unlawful for any person to employ, use, persuade, induce, entice, or coerce any minor to engage in, or have a minor assist any other person to engage in, or transport any minor in or affecting interstate or foreign commerce, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if that person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

   b. Receipt Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), which makes it unlawful for someone to knowingly receive any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

2

Case 3:21-cr-00110   Document 3   Filed 04/26/21   Page 3 of 15 PageID #: 5

c. Pursuant to 18 U.S.C. § 2256(8), Child Pornography is defined as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

d. Pursuant to 18 U.S.C. § 2256(1), the term "minor," as "any person under the age of eighteen years."

e. Pursuant to 18 U.S.C. § 2256(2)(A), the term "sexually explicit conduct" is defined as actual or simulated--

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

   (ii) bestiality;

   (iii) masturbation;

   (iv) sadistic or masochistic abuse; or

   (v) lascivious exhibition of the anus, genitals, or pubic area of any person.

4. The following information contained in this affidavit is based on my training and experience, my personal participation in this investigation and, information provided to me by

3

other law enforcement officials. Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of **JUSTIN D. CARROLL**.

## INVESTIGATION AND PROBABLE CAUSE TO BELIEVE THAT OFFENSES WERE COMMITTED

5. On or about March 5, 2021, the FBI Nashville Office, which is located at 2868 Elm Hill Pike, Nashville, Tennessee 37214, received a package that was addressed to the building but did not include an employee's name or the FBI's name. The package had a return address that listed the name and Rhode Island address of an individual who was later identified as a 14-year-old minor female, here-in-after referred to as "Victim 1."

6. The package was treated as suspicious and a Special Agent Bomb Technician examined the package before it was opened. The package contained a teddy bear and candies. FBI employees used publicly available databases to identify a telephone number associated with the sender's address and several attempts were made to contact the sender.

## VICTIM 1

7. On or about March 16, 2021, an FBI employee in Nashville spoke with a woman who was Victim 1's mother and who identified both the name on the return address of the package as her daughter and the return address as their home address. Victim 1's mother advised the FBI employee that she would talk to her daughter about the package.

8. On or about March 22, 2021, FBI employees again spoke with Victim 1's mother. The mother said she had spoken with Victim 1 and based on her conversation with her daughter, advised agents that Victim 1 had been communicating with an individual named "Justin Carroll." The mother advised that Justin Carroll was using the email address "acdragonfly123456@gmail.com" and had instructed Victim 1 that his mailing address was 2868 Elm Hill Pike, Nashville, Tennessee (which is the address of the FBI Nashville Office).

9. At that time, and currently, a Justin Carroll, namely CARROLL, is employed by the FBI as an Electronics Technician who works in the FBI Nashville Office. During the investigation, we discovered that the Tennessee Department of Motor Vehicle records showed that CARROLL resides at a known address in Antioch, Tennessee.

10. On March 22, 2021, and on March 30, 2021, Victim 1's mother was interviewed by FBI agents from Tennessee and Rhode Island. The mother said she had spoken with Victim 1 about CARROLL. Based on the mother's conversation with her daughter, the mother advised agents that CARROLL and Victim 1 had met in a chat room in June or July of 2020; their communications continued through the summer over multiple communication platforms; and eventually transitioned to Google Hangout and email. Based on the conversation with her daughter, the mother was left with the impression that Victim 1 had told CARROLL she was 18 years old, although Victim 1 actually was born in August 2006.

11. On March 30, 2021 the mother of Victim 1 provided FBI agents from Rhode Island access to Victim 1's Google account. Agents found in the account several emails from "acdragonfly123456@gmail.com," which had a display name of "Justin Carroll."

5

12. On April 14, 2021, Google Inc. produced, pursuant to a federal search warrant that was executed on April 7, 2021, records maintained on the "acdragonfly12345@gmail.com" Google account. The records included both the aforementioned messages found in Victim 1's Google email account and email communications between "acdragonfly12345@gmail.com" and a second email account belonging to Victim 1. That second email account was Victim 1's school email address.

13. The "acdragonfly123456@gmail.com" account included numerous images of the account user's face that were sent to Victim 1 and other individuals, either through emails or Google Hangout messages. All of these images were visually similar to CARROLL's FBI employee photograph accessible to all FBI employees in an employee directory and to CARROLL's Tennessee driver's license photo.

14. Additionally, Google provided a list of recent IP Addresses for the account "acdragonfly123456@gmail.com." The two most recent IP Addresses returned were from March 28, 2021 and March 29, 2021. On both dates, the account was accessed from IP Address 184.61.58.222. Publicly available sources identified the IP Address as belonging to TDS Telecom. An administrative subpoena was issued by the FBI requesting subscriber data, and on or about April 05, 2021, TDS Telecom identified the subscriber of 184.61.58.222 as CARROLL, specifically the Justin Carroll who resides at a known address in Antioch, Tennessee.

15. Based on the above information, I believe that CARROLL is the user of the "acdragonfly123456@gmail.com" account and has accessed it from his home in Antioch, Tennessee.

16. Located in Victim 1's Google account and in CARROLL's "acdragonfly123456@gmail.com" account were text messages between Victim 1 and CARROLL on the Google application "Hangout." The text messages sent by CARROLL and Victim 1 consisted primarily of descriptions of intercourse and professions of love. Victim 1, many times at the request of CARROLL, sent CARROLL images of her breasts and vagina, including images of her masturbating. CARROLL also sent numerous images of an adult man's penis and at least one video of an adult male masturbating, all of which CARROLL represented to be himself. On several occasions CARROLL and Victim 1 sent each other messages that expressed a desire to engage in physical intercourse in the future. In the Google production, the first Hangout text message from CARROLL to Victim 1 was dated September 11, 2020, and the last text message from CARROLL to Victim 1 was dated December 4, 2020.

17. The text messages also contained multiple references to Victim 1 and CARROLL communicating over video calls. Neither Victim 1's account, nor CARROLL's account contained recordings of the video calls.

18. Also contained in the text messages were multiple references to Victim 1 being at school, including several images which were sent by Victim 1 to CARROLL which depicted blackboards, school posters, and student desks, all typical features of a common classroom.

19. One image sent on October 16, 2020 by Victim 1 depicted math problems on a white board followed by the text messages:

| CARROLL | Looks awesome |
|---|---|
| VICTIM 1 | thx<br>do you understand any of it |
| CARROLL | I like the circles<br>Looks like common core to me |

7

|          | Looks like you are solving simple equations |
|----------|---------------------------------------------|
| VICTIM 1 | solving proportions |
| CARROLL  | With basic algebra<br>Only 1 variable |
| VICTIM 1 | Im showing them how to do it<br>dont judge |
| CARROLL  | Yes I know I won't<br>I just judge your hot body<br>And I love it |
| VICTIM 1 | same to u |

The math problems shown in the image were converting fractions with one unknown into linear equations. For example, the first problem displayed in the image was $6/3 = v/4$ which resolved to $3v = 8$. Based on my experience, problems like the ones in the image are taught in Algebra 1 classes in high school and are typically taken in 9th grade, when students are usually 14 years of age, unless they started school late.

20. On September 17, 2020, Victim 1 sent CARROLL the message "i'm doing good, in school virtually." On September 18, 2020, when CARROLL asked, "What you in school for?" Victim 1 replied "i'm volunteering and helping out some kids at [Victim 1's school]." Additional messages exchanged between Victim 1 and CARROLL contain further in which Victim 1 implied that she was working at, rather than attending, the school.

21. On February 3 and 5, 2021, Victim 1 and CARROLL had the following email exchange on Victim 1's school email account:

| 02/03/21 | VICTIM 1 | I'm only 14 not 18 im sorry When I said I love you and wanted to spend the rest of my life with you I meant it all |
| 02/03/21 | VICTIM 1 | It's a prank |
| 02/05/21 | CARROLL  | Y act 14 ha I don't care what your age is you are beautiful and special to me you can spend the rest of your days with me |

CARROLL later emails Victim 1 and states "I am joking you don't act 14 more like 13 A horny 13 year old who has beautiful body."

22. The substance or subject of some of the text messages from Victim 1 are consistent with Victim 1 being younger than 18. Victim 1 sent several links to music videos associated with the Disney Channel and Nickelodeon shows. In one text message exchange, CARROLL asks Victim 1 "when's last time you was with a guy" and the Victim 1 replies "hahaha very funny." Victim 1 also had the following exchange with CARROLL on November 13, 2020:

| VICTIM 1 | Guess what I found out |
| --- | --- |
| CARROLL | What? |
| VICTIM 1 | 3 boys in my class have crushes on me including you |
| CARROLL | Oh I see<br>So how old are they |
| VICTIM 1 | 15 17 and 18 |
| CARROLL | You are hot |
| VICTIM 1 | I'd choose you over them any day |

23. Additionally, on approximately November 30, 2020, following a break in their communications, CARROLL asked Victim 1 where she went. Victim 1 replied "I went to my moms. she is one of the moms who says you can only use your phone for emergencies. i felt like saying you were one of my emergencies." On December 3, 2020, Victim 1 told CARROLL about her 9-year-old brother going to the emergency room and advised him of the days she would not be in school due to her upcoming Christmas break. Victim 1's mother later confirmed that Victim 1 has two brothers.

9

24. On March 31, 2021, Victim 1 was forensically interviewed at the FBI Providence office. Victim 1 advised that CARROLL had not asked her about her age. Victim 1 advised that she first met CARROLL in June or July 2020 and that the meeting occurred online, after he initiated communications with a message. Victim 1 identified several images of herself that she had sent to CARROLL and identified an image of a penis as one of the images that CARROLL had sent her. Victim 1 identified a picture of CARROLL's face and said that CARROLL had sent it to her. Victim 1 stated that CARROLL knew she lived in Rhode Island. During the course of the interview, Victim 1 said that she had sent CARROLL, at his request, images of herself disrobed.

25. Consistent with this statement that Victim 1 had sent pictures of herself at CARROLL's request, one of the images she sent to CARROLL depicted a close-up of her inner thighs and vagina. The victim identified the image as a photo that she took for CARROLL. She also identified herself in the image by stating she recognized a pillow and shirt which were in the image.

## VICTIM 2

26. In addition to Victim 1's Google account, a review of CARROLL's "acdragonfly123456@gmail.com" account identified multiple other accounts with which CARROLL engaged or attempted to engage in sexually explicit conversation.

27. One of the accounts that CARROLL communicated with using Google Hangout appears to belong to an unidentified minor victim, here-in-after referred to as Victim 2. Like Victim 1, the text messages sent by CARROLL and Victim 2 consisted mainly of sexually explicit descriptions of intercourse. Google's production indicates that CARROLL and Victim 2

10

were exchanging text messages in October and November of 2020. Relevant excerpts of the chats between CARROLL and Victim 2 include as follows:

October 4, 2020: discussion indicating Victim 2 is minor and of sexually explicit activity

| | | |
|---|---|---|
| 10/04/2020 19:29:30[1] CARROLL: | | What you want to do? |
| 10/04/2020 19:29:54 Victim 2: | | What do u want to do |
| 10/04/2020 19:30:01 CARROLL: | | You silly |
| 10/04/2020 19:30:43 Victim 2: | | I mean your the adult so u basically tell me what to do right |

. . . .

| | |
|---|---|
| 10/04/2020 19:45:56 CARROLL: | Then I start to move in and out |
| 10/04/2020 19:45:59 | Slowly |
| 10/04/2020 19:46:05 | Feel you squeezing |
| 10/04/2020 19:46:11 | Then faster |
| 10/04/2020 19:46:23 | And harder |
| 10/04/2020 19:46:35 | Smacking your butt each time |
| 10/04/2020 19:46:45 | Faster |
| 10/04/2020 19:46:55 | Getting you wet leaking out |
| 10/04/2020 19:47:06 | Till I'm ready for more cum |
| 10/04/2020 19:47:13 | My balls aching |
| 10/04/2020 19:47:42 Victim 2: | That's really good |

October 13, 2020: discussion of ages

| | |
|---|---|
| 10/13/2020 17:38:49 Victim 2: | I thought you said you were 30 |
| 10/13/2020 17:38:55 CARROLL: | 38 |
| 10/13/2020 17:39:02 | Now |
| 10/13/2020 17:39:06 | I don't know |

---

[1] These chat times in Greenwich Mean Time. Since the Central Daylight Savings Time (CDT) was 5 hours behind Greenwich Mean Time in October 2020, these chats occurred locally 5 hours earlier than shown in the chats. For example, a chat at 19:29 GMT would have occurred at 2:29 p.m. CDT.

11

| 10/13/2020 17:39:38 Victim 2: | But it's fine |
|---|---|
| 10/13/2020 17:39:40 CARROLL: | That change anything for you |
| 10/13/2020 17:39:49 Victim 2: | No |
| 10/13/2020 17:39:55 CARROLL: | Good me either |
| 10/13/2020 17:40:14 Victim 2: | So u don't care I'm 14 |
| 10/13/2020 17:40:25 CARROLL: | Not if you don't |
| 10/13/2020 17:40:52 Victim 2: | Just a number |
| 10/13/2020 17:40:57 CARROLL: | Ok |
| 10/13/2020 17:41:55 Victim 2: | Your 4 years younger than my dad |
| 10/13/2020 17:42:01 CARROLL: | Awesome |

October 15, 2020: discussion of Victim 2 making a video for CARROLL

| 10/15/2020 21:05:37 CARROLL: | You remember making video for me? |
|---|---|
| 10/15/2020 21:05:49 Victim 2: | Yeah |
| 10/15/2020 21:05:52 | Why |
| 10/15/2020 21:06:05 CARROLL: | Just wondering |
| 10/15/2020 21:06:19 | I really liked it I don't know if I told you |
| 10/15/2020 21:06:42 Victim 2: | Yeah u told me |
| 10/15/2020 21:06:49 Carroll: | Ok good I'm glad |

October 16, 2020: discussion of age

| 10/16/2020 21:48:52 Victim 2: | U know how old I am |
|---|---|
| 10/16/2020 21:48:57 CARROLL: | Yes |
| 10/16/2020 21:49:07 Victim 2: | How old |
| 10/16/2020 21:49:29 CARROLL: | You said 14 |
| 10/16/2020 21:49:33 | Right |

October 26, 2020: CARROLL identifies himself

| 10/26/2020 22:23:45 Victim 2: | What's your full name |
|---|---|
| 10/26/2020 22:23:57 CARROLL: | Justin carroll |

12

| | |
|---|---|
| 10/26/2020 22:24:00 | D |
| 10/26/2020 22:24:05 | Middle initial |
| 10/26/2020 22:24:27 Victim 2: | What's the whole name |
| 10/26/2020 22:24:34 CARROLL: | Dewitt |

During the discussion on October 16, 2020, CARROLL provides his full birthdate (in September of 1982) that matches CARROLL's date of birth according to publicly available databases, and Victim 2 also provides her full date of birth with a birth year of 2006.

28. On October 28, 2020, CARROLL sent a video file depicting a male masturbating and a still image of a penis. In associated text communications, CARROLL indicated that the video is of himself and that the still image is of his penis. On November 3, 2020, Victim 2 sent CARROLL an image of a vagina partial covered by a hand. On November 4, 2020, Victim 2 sent CARROLL images of a vagina and buttocks.

## CONCLUSION

29. Based on the facts above, I believe there is probable cause to believe that between in or about September 2020 through in or about March 2021, in the Middle District of Tennessee and elsewhere, **JUSTIN D. CARROLL** Produced and Attempted to Produce Child Pornography, in violation of 18 U.S.C. § 2251(a), in that he persuaded, induced, or coerced a minor to engaged in any sexually explicit conduct for the purpose of producing any visual depiction knowing or having reason to know that the depiction would be transported or transmitted using the internet, a means or facility of interstate commerce.

30. I also believe there is probable cause to believe that between in or about September 2020 through in or about March 2021, in the Middle District of Tennessee and

13

elsewhere, **JUSTIN D. CARROLL** Received Child Pornography, in violation 18 U.S.C. § 2252A(a)(2)(A), in that he knowingly received child pornography that was transported via the internet, a means or facility of interstate commerce, knowing that the child pornography depicted a minor.