
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 2 1 2021
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:21-cr-00110 |
| v. | ) | |
| | ) | 18 U.S.C. § 2251 |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| JUSTIN D. CARROLL | ) | 18 U.S.C. § 2253 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between in or about July 2020, through in or about March 2021, in the Middle District of Tennessee and elsewhere, **JUSTIN D. CARROLL** did employ, use, persuade, induce, entice, and coerce a minor child to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between in or about October 2020 and November 2020, in the Middle District of Tennessee and elsewhere, **JUSTIN D. CARROLL** did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of one or more of the offenses alleged in Counts ONE through TWO of this Indictment, **JUSTIN D. CARROLL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   (1) any visual depiction described in section 2251 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the statute of offense.

   (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s), or a money judgment representing such gross profits or other proceeds; and

   (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

including, but not limited to, online account seized from **JUSTIN D. CARROLL** in or about May 2021, including, but not limited to, online Google accounts associated with acdragonfly123456@gmail.com.

A TRUE BILL

FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

For S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY