UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-CR-00110 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| JUSTIN D. CARROLL | ) | |

## UNITED STATES' MOTION TO SEVER

The United States of America, by its attorneys Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and Monica R. Morrison and Juliet Aldridge, Assistant United States Attorneys, hereby moves for severance of Counts Five and Eight of the Superseding Indictment for trial. Under Rule 14 the Court has discretion to sever these counts.

WHEREFORE, the United States respectfully requests the Court sever Counts Five and Eight from the trial on February 27, 2024.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

*/s/ Monica Morrison*
MONICA R. MORRISON
JULIET ALDRIDGE
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served by ECF on, on this, the 26th day of February, 2024, upon defense counsel Jennifer Thompson.

                                                      */s/ Monica Morrison*
                                                      MONICA R. MORRISON