**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:21-cr-00110-1** |
| | ) | |
| | ) | **JUDGE TRAUGER** |
| **JUSTIN D. CARROLL** | ) | |

## VERDICT FORM

1.     With respect to Count One of the Indictment, charging Sexual Exploitation of a Minor, specifically Victoria, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

Not Guilty_____          Guilty ____✔____


2.     With respect to Count Two of the Indictment, charging Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity, specifically Victoria, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

Not Guilty_____          Guilty ____✔____


3.     With respect to Count Three of the Indictment, charging Transfer of Obscene Material to an Individual Under the Age of Sixteen, specifically to Victoria, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

Not Guilty_____          Guilty ____✔____

4.     With respect to Count Four of the Indictment, charging Receipt of Child Pornography, specifically of Nyanna, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

        Not Guilty_____          Guilty ___✓_____

5.     With respect to Count Six of the Indictment, charging Transfer of Obscene Material to an Individual Under the Age of Sixteen, specifically to Nyanna, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

        Not Guilty_____          Guilty ___✓_____

6.     With respect to Count Seven of the Indictment, charging Receipt of Child Pornography, specifically of Shealynn, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

        Not Guilty_____          Guilty ___✓_____

7.     With respect to Count Nine of the Indictment, charging Transfer of Obscene Material to an Individual Under the Age of Sixteen, specifically to Shealynn, we, the Jury, unanimously find the Defendant, Justin D. Carroll:

        Not Guilty_____          Guilty ___✓_____

_____
                Foreperson

3/4/2024
Date